UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
LEXINGTON JURY DIVISION

| | |
|---|---|
| CHARLES W. CLOUSE, LARRY R. WHITAKER, JR., and ALEXIS MERCADO, On Behalf of Themselves and All Others Similarly Situated, | ) ) ) ) ) CLASS AND COLLECTIVE ACTION |
| *Plaintiffs,* | ) CASE NO. 5:20-cv-00011-KKC |
| v. | ) JUDGE CALDWELL |
| BLUEGRASS CONTRACTORS, INC. OF LEXINGTON, KEITH DOAN, and SHERRY DOAN, | ) JURY DEMAND ) ) |
| *Defendants.* | ) |

**PLAINTIFFS' UNOPPOSED MOTION FOR APPROVAL OF SETTLEMENT AND DISMISSAL OF RULE 23 CLASS CLAIMS WITHOUT PREJUDICE**

Defendants Bluegrass Contractors, Inc. of Lexington, Keith Doan, and Sherry Doan and Named Plaintiffs Charles W. Clouse, Larry R. Whitaker, and Alexis Mercado, on behalf of themselves and all those who have joined this action as Opt-In Plaintiffs pursuant to Section 16(b) of the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 216(b) (collectively, "Plaintiffs") have reached a comprehensive settlement agreement (the "Agreement") in this matter. Plaintiffs now move the Court to approve the Agreement, which is attached as Exhibit 1 to the Memorandum in Support of this Motion. If approved by this Court, the Parties' Agreement resolves the FLSA and Kentucky state law claims brought by Named Plaintiffs and Opt-In Plaintiffs.

Additionally, Named Plaintiffs move this Court pursuant to Fed. R. Civ. P. 23(e) to dismiss their claims for class relief under Kentucky state law without prejudice. As explained in the accompanying Memorandum, the circumstances of this litigation and parallel proceedings brought against Defendant Bluegrass Contractors make it appropriate for Named Plaintiffs to dismiss their

1

Rule 23 claims without prejudice. Defendants do not oppose Named Plaintiffs' request to dismiss their class claims without prejudice in accordance with Rule 23(e).

For the reasons set forth in the accompanying Memorandum, this Motion should be **GRANTED**. A proposed order granting this relief is attached to this Motion.

Dated: January 29, 2021

Respectfully submitted,

/s/ David W. Garrison
**DAVID W. GARRISON (KY Bar No. 98258)**
**JOSHUA A. FRANK (TN Bar No. 33294) \***
BARRETT JOHNSTON MARTIN & GARRISON, LLC
Philips Plaza
414 Union Street, Suite 900
Nashville, TN 37219
Telephone: (615) 244-2202
Facsimile: (615) 252-3798
dgarrison@barrettjohnston.com
jfrank@barrettjohnston.com

**J. CHRIS SANDERS**
CHRIS SANDERS LAW PLLC
1041 Goss Avenue
Louisville, KY 40217
Telephone: (502) 587-2002
csanders@chrissanderslaw.com

\* Admitted *Pro Hac Vice*

*Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

      I hereby certify that a copy of this *Plaintiffs' Unopposed Motion for Approval of Settlement and Dismissal of Rule 23 Class Claims Without Prejudice* was filed electronically with the Clerk's office by using the CM/ECF system and served on following Counsel for Defendant via the CM/ECF system on January 29, 2021:

      J. Stan Lee
      Derrick T. Wright
      Katie Bouvier
      STURGILL, TURNER, BARKER & MOLONEY, PLLC
      333 West Vine Street, Suite 1500
      Lexington, KY 40507
      Telephone: 859.255.8581
      Facsimile: 859.231.0851
      slee@sturgillturner.com
      dwright@sturgillturner.com
      kbouvier@sturgillturner.com

      *Attorneys for Defendant*

      /s/ David W. Garrison
      DAVID W. GARRISON
      **BARRETT JOHNSTON**
          **MARTIN & GARRISON, LLC**