UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
LEXINGTON

| | |
|---|---|
| CHARLES W. CLOUSE, LARRY R. WHITAKER, JR., and ALEXIS MERCADO, On Behalf of Themselves and All Others Similarly Situated,  ) ) ) ) | CLASS AND COLLECTIVE ACTION |
| *Plaintiffs*, ) | CASE NO. 5:20-cv-00011-KKC |
| v. ) | JUDGE CALDWELL |
| BLUEGRASS CONTRACTORS, INC. OF LEXINGTON, KEITH DOAN, and SHERRY DOAN, ) ) ) | |
| *Defendants*. ) | |

## ORDER

This matter is before the Court on the Plaintiffs' Unopposed Motion for Approval of Settlement and Dismissal of Rule 23 Class Claims Without Prejudice. For good cause shown, Plaintiffs' Motion is GRANTED. The Court herby APPROVES the parties' settlement as a fair and reasonable compromise of *bona fide* disputes under the Fair Labor Standards Act and the Kentucky Wages and Hours Act ("KWHA"), and dismisses Plaintiffs' individual claims and the claims of the Opt-In Plaintiff with prejudice in accordance with their agreement.

Plaintiffs' Rule 23 class action claims brought under the KWHA are dismissed without prejudice.

It is so ORDERED.

Entered this 2nd day of February, 2021



KAREN K. CALDWELL
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF KENTUCKY