UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

| | |
|---|---|
| CHARLES W. CLOUSE, LARRY R. WHITAKER, JR., ALEXIS MERCADO, <br><br>    Plaintiffs, <br><br> V. <br><br> BLUEGRASS CONTRACTORS, INC. OF LEXINGTON, <br><br>    Defendant. | CIVIL ACTION NO. 5:20-011-KKC <br><br><br> **ORDER** |

*** *** ***

In accordance with the parties' settlement of this matter, the Court hereby ORDERS as follows:

1) the defendant's motion to dismiss (DE 50) is DENIED as moot; and

2) this matter is DISMISSED and STRICKEN from the Court's active docket.

Dated February 02, 2021

KAREN K. CALDWELL
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF KENTUCKY